| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Evan S. Nadel (SBN 213230)<br>Kilpatrick Townsend & Stockton LLP<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111   (415) 576-0200<br><br>Rita Weeks (SBN 232396)<br>Kilpatrick Townsend & Stockton LLP<br>1114 Avenue of the Americas<br>New York, NY 10036   (212) 775-8700 | |
| ATTORNEY(S) FOR: **Chippendales USA, LLC** | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| **Chippendales USA, LLC**<br><br>Plaintiff(s),<br>v.<br>**Jesus "Jesse" Banerjee, dba Easebe Enterprises Inc.**<br><br>Defendant(s) | CASE NUMBER:<br>**2:23-cv-03672**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   **Plaintiff Chippendales USA, LLC**
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| **Chippendales USA, LLC** | Plaintiff |
| **Jesus "Jesse" Banerjee, dba Easebe Enterprises Inc.** | Defendant |

5/12/2023                                                     *[Signature]*
Date                                                                 Signature

Attorney of record for (or name of party appearing in pro per):

**Plaintiff Chippendales USA, LLC**

CV-30 (05/13)                                NOTICE OF INTERESTED PARTIES