Evan S. Nadel (CA Bar No. 213230)
KILPATRICK TOWNSEND & STOCKTON LLP
*ENadel@kilpatricktownsend.com*
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Rita Weeks (CA Bar No. 232396)
*Rweeks@kilpatricktownsend.com*
Marc A. Lieberstein (*pro hac vice* application forthcoming)
*MLieberstein@kilpatricktownsend.com*
KILPATRICK TOWNSEND & STOCKTON LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 775-8700
Facsimile: (212) 504-9566

*Attorneys for Plaintiff
Chippendales USA, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIPPENDALES USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JESUS "JESSE" BANERJEE DBA EASEBE ENTERPRISES INC., <br><br> Defendant. | **CASE NO.** <br><br> **PLAINTIFF CHIPPENDALES USA, LLC'S CORPORATE DISCLOSURE STATEMENT** <br><br> **(FED. R. CIV. P. 7.1)** |

Plaintiff Chippendales USA, LLC ("Chippendales") provides the following Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1. Chippendales has no parent corporation.

2. No publicly traded company owns 10% or more of its shares.

3. Chippendales is a Delaware limited liability company that is comprised of



four members, each of whom is a natural person domiciled in New York state. Accordingly, Chippendales is a resident of New York. Should the court require additional information about its members, due to concerns regarding the privacy of those individuals, and to protect Chippendales' confidential and sensitive business information, Chippendales would request leave to file under seal an amended disclosure with additional details.

Dated: May 12, 2023    KILPATRICK TOWNSEND & STOCKTON LLP

By: _____

Evan S. Nadel
Rita Weeks
Marc A. Lieberstein

*Attorneys for Plaintiff*
*Chippendales USA, LLC*



PLAINTIFF CHIPPENDALES USA, LLC'S
CORPORATE DISCLOSURE STATEMENT    - 2 -