Marc A. Lieberstein
KILPATRICK TOWNSEND & STOCKTON LLP
1114 Avenue of the Americas
New York, NY 10035

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chippendales USA, LLC**<br><br>Plaintiff(s)<br>v.<br><br>**Jesus "Jesse" Banerjee dba Easebe Enterprises, Inc.**<br><br>Defendant(s). | CASE NUMBER<br><br>2:23-cv-03672 PA (PDx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Lieberstein, Marc A.** of **KILPATRICK TOWNSEND & STOCKTON LLP**
*Applicant's Name (Last Name, First Name & Middle Initial)*   1114 Avenue of the Americas
**(212) 775-8700**   **(212) 504-9566**   New York, NY 10036
*Telephone Number*   *Fax Number*
**mlieberstein@kilpatricktownsend.com**
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

**Plaintiff Chippendales USA, LLC**

*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s) ☐ Defendant(s) ☐ Other:

and designating as Local Counsel

**Zimmermann, Kollin J.** of **KILPATRICK TOWNSEND & STOCKTON LLP**
*Designee's Name (Last Name, First Name & Middle Initial)*   1801 Century Park East, Suite 2300
**273092**   **(310) 777-3755**   **(310) 362-8756**   Los Angeles, CA 90067
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
**kzimmermann@kilpatricktownsend.com**
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☒ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☒ because   Court does not accept electronic signatures.

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.
May 23, 2023                                                   *[signature]*
                                                               **U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1