Evan S. Nadel (CA Bar No. 213230)
KILPATRICK TOWNSEND & STOCKTON LLP
*ENadel@kilpatricktownsend.com*
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Rita Weeks (CA Bar No. 232396)
*Rweeks@kilpatricktownsend.com*
Marc Lieberstein (admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 775-8700
Facsimile: (212) 504-9566

*Attorneys for Plaintiff
Chippendales USA, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIPPENDALES USA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSE BANERJEE<br><br>    Defendant. | CASE NO. CV 23-3672 PA (PDx)<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(A)** |



**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JESSE BANERJEE**

- 1 -

To the Clerk of the United States District Court for the Central District of California:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff Chippendales USA, LLC hereby requests that the Clerk enter default against defendant Jesse Banerjee for failure to plead or otherwise defend against this action in a timely manner.

(1) As shown by the proof of service previously filed with this Court (ECF 17), defendant Jesse Banerjee was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on May 21, 2023.

(2) The applicable time limit for defendant Jesse Banerjee to appear or otherwise respond to this action under Rule 12 of the Federal Rules of Civil Procedure expired on June 12, 2023.

Defendant Jesse Banerjee has failed to plead or otherwise respond to the complaint.  This request is based on the attached Declaration of Rita Weeks, an attorney for Plaintiff.

June 16, 2023                    KILPATRICK TOWNSEND & STOCKTON, LLP

                                   By:   /s/ Rita Weeks

                                   Evan S. Nadel
                                   Rita Weeks
                                   Marc Lieberstein
                                   *Attorneys for Plaintiff Chippendales USA, LLC*



*Chippendales USA, LLC v. Jesse Banerjee*
Case No. CV 23-3672 PA (PDx)

# PROOF OF SERVICE

I am over 18 years of age and not a party to the action. I am a member of the California and New York bars and of the bar of this Court. My business address is Kilpatrick Townsend & Stockton LLP, 1114 Avenue of the Americas, New York, New York, 10036.

I served the document entitled: **PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JESSE BANERJEE PURSUANT TO RULE 55(A) OF THE FEDERAL RULES OF CIVIL PROCEDUR**E on the defendant Jesse Banerjee, who is not registered for the CM/ECF system, as follows:

☒ On June 16, 2023, by email to Mr. Banerjee at *info@stevebanerjee.com*; and

☒ <u>By U.S. First Class Mail</u>. On June 17, 2023, a copy of the referenced document will be placed in a sealed envelope, with postage prepaid, for collection and mailing with the U.S. Postal Service, addressed to:

**Jesse Banerjee
3573 3rd Street, Suite 206
Los Angeles, CA 90020**

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on June 16, 2023 in Pittsburgh, Pennsylvania.

/s/ Rita Weeks
Rita Weeks



**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT
AGAINST DEFENDANT JESSE BANERJEE**

- 3 -