1 | Evan S. Nadel (CA Bar No. 213230)
KILPATRICK TOWNSEND & STOCKTON LLP
2 | ENadel@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
3 | San Francisco, CA 94111
Telephone: (415) 576-0200
4 | Facsimile: (415) 576-0300

5 | Rita Weeks (CA Bar No. 232396)
Rweeks@kilpatricktownsend.com
6 | Marc A. Lieberstein (admitted *pro hac vice*)
MLieberstein@kilpatricktownsend.com
7 | KILPATRICK TOWNSEND & STOCKTON LLP
1114 Avenue of the Americas
8 | New York, NY 10036
Telephone: (212) 775-8700
9 | Facsimile: (212) 504-9566

11 | *Attorneys for Plaintiff
Chippendales USA, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHIPPENDALES USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JESUS "JESSE" BANERJEE dba EASEBE ENTERPRISES INC., <br><br> Defendant. | CASE NO.: 2:23-cv-03672-PA (PDx) <br> *Hon. Percy Anderson* <br><br> **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JESSE BANERJEE** <br><br> Hearing Date: August 21, 2023 <br> Time: 1:30 p.m. <br> Courtroom: 9A <br><br> Complaint Filed: May 12, 2023 |

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT
CASE NO.: 2:23-CV-03672 PA (PDx)

PLEASE TAKE NOTICE that on Monday, August 21, 2023, at 1:30 p.m. or as soon thereafter as this matter may be heard before the Honorable Percy Anderson in Courtroom 9A of this Court located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff Chippendales USA, LLC ("Plaintiff") will move this Court for entry of a default judgment against Defendant Jesus "Jesse" Banerjee d/b/a Easebe Enterprises Inc. ("Defendant"), pursuant to Federal Rule of Civil Procedure 55(b)(2).

This Motion is made on the following grounds: (1) service was properly effected on Defendant; (2) a default has been entered against Defendant based on his failure to respond to the Complaint; (3) the Court has personal jurisdiction over Defendant and subject matter jurisdiction over the claims asserted by Plaintiff; (4) all of the factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986), favor entry of a default judgment; (5) a permanent injunction is necessary to prevent the irreparable harm to Plaintiff caused by Defendant's infringement, counterfeiting, dilution, and unfair competition; (6) Plaintiff is entitled to at least $50,000 in statutory damages, as well as attorneys' fees and costs, under the Lanham Act; and (7) Plaintiff is entitled to a judgment declaring, *inter alia*, that Plaintiff is the sole owner of the CHIPPENDALES trademarks.

This Motion is based upon this Notice, the concurrently-filed Memorandum of Points and Authorities, the Declaration of Evan S. Nadel, all pleadings and papers on file, and such oral argument as may be heard at the hearing on this Motion.

DATED: July 19, 2023         Respectfully submitted,

                             KILPATRICK TOWNSEND & STOCKTON LLP

                             By: /s/ Evan S. Nadel
                                 EVAN S. NADEL

                             Attorneys for Plaintiff,
                             CHIPPENDALES USA, LLC

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT                - 1 -
CASE NO.: 2:23-CV-03672 PA (PDx)