FILED

1  JESSE BANERJEE (PRO-SE)
   3573 3rd STREET SUITE 206
2  LOS ANGELES, CA 90020
   Tel:(310)923-8788                          2023 AUG -8  PM 3:59
3  Email: investigation@stevebanerjee.com

   CLERK U.S. DISTRICT COURT
   CENTRAL DIST. OF CALIF.
   LOS ANGELES

4  **UNITED STATES DISTRICT COURT**

   BY_____

5  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

6

7

8  CHIPPENDALES USA LLC,                Case No.: **CV23-3672PA**-PDX

        Plaintiff,
9
   vs.                                  **OPPOSITION TO PLAINTIFF'S MOTION FOR
10                                      DEFAULT JUDGMENT AGAINST DEFENDANT
   JESSE BANERJEE,                      JESSE BANERJEE**
11
        Defendant                       **HEARING DATE: AUGUST 21, 2023
12                                      TIME:1:30PM
                                        COURTROOM 9A**
13
                                        **COMPLAINT FILED: MAY 12, 2023**
14

15         PLEASE TAKE NOTICE that on Monday, August 21, 2023, at 1:30pm or as soon after that as

16  this matter may be heard before the Honorable Percy Anderson in Courtroom 9A of this Court located at 350 W 1st

17  Street, Los Angeles, California 90012. Plaintiff filed a complaint on the Defendant docket of a case already being

18  argued, Case no 2:23-cv-3676 PA. Defendant was awarded assets, including the Real Estate Property owned by his

19  Father's Chippendales Estate controlled by Jesse Banerjee. Fromthe Superior Court of California Los Angeles

20  County- Stanly Mosk Courthouseback on September 21,2020.("Plaintiffs") ignored this Judicial court order, Case

21  No 17STPB02593. ("Plaintiffs") attacked Defendant with frivolous lawsuit action because Defendant filed a Petition

22  pro se as the Administrator of his father's Estate, Somen Banerjee, primarily over this matter under probate Code

23  section 850(a0(B) and 859. The (Plaintiffs") has no genuine dispute. ("Defendant") is employed asan Uber driver

24  and has shown proof and good cause on the material facts fromthe probate order.Rita Weeks admitted to this court

25  that this was a prior case argued already in favor of ("Defendant") in the reporter's attorney's notes of this case. The

26  ("Plaintiffs") violatedthe Antitrust Violation of the Clayton Act commercially to benefit from misconduct, to

27

28  OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JESSE
    BANERJEEHEARING DATE: AUGUST 21, 2023TIME:1:30PMCOURTROOM 9ACOMPLAINT FILED: MAY
    12, 2023 - 1

monopolize on the ("Defendant") ownership rights of CHIPPENDALES by filing a lawsuit against the Defendant for his inheritance as the Administrator of his father Inventions and Estate Personal and professional.

So the ("Plaintiffs") Filed Chippendales USA LLC v Banerjee, Case no. 23-cv-0367,on or Around May 17, 2023. ("Plaintiffs") alleges false claims from its fraudulent activity from Helen Maryman, a non-party allege of lousy faith and misappropriation. It was litigated in Probate courtagainst Defendant for marks and business he inherited from his Late Father, Somen Banerjee's Estate. The Conclusion was filed from the Declaration of Helen Maryman on 12-02-2022 in support of Subpoenas Duces Tecum for Trial and Hearing Case No: 17STPB02593.

On July 31, 2023, a Joint Report for a Settlement was reached to discuss any substantive issues with Chippendles Counsel because Plaintiff believes that Settlement procedure Number 2 under Local Rule 16-15.4 is appropriate, in this case, a matter of law.

Platintiff Chippendleas USA, LLC("Plaintiff") moved for entry of default judgment against Defendant Jesus "Jesse" Banerjee d/b/a Easebe Enterprise Inc. ("Defendant"), according to Federal Rule of Civil Procedure 55(b)(2). The defendant was awarded full Administrator rights to his father's assets on September 20, 2020. Which Defendants asserted by ProbateCourt Documents, and US Court of Appeals and Letter of Protest in this matter. Also, from a recent Joint Report Settlement mediation with Proposed Discovery Plan Schedule filed on July 31, 2023, Per the court order in case no 2:23-cv-03676-PA signed by the Defendant and the plaintiff.

8th ofAugust, year. 2023, signed by the

_____
Pro Se Jesse Banerjee

OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JESSE BANERJEEHEARING DATE: AUGUST 21, 2023TIME:1:30PMCOURTROOM 9ACOMPLAINT FILED: MAY 12, 2023 - 2

## PROOF OF SERVICE

1  I declare I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to this action. My business address is Jesse Banerjee
2  3573 3rd Street, Suite 206 Los Angeles, CA 90020

3  On the date set forth below, I served the following document entitled:
**OPPOSITION TO PLAINTIFF's MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JESSE BANERJEE**
4  on the interested parties in this action, as follows:

| | |
|---|---|
| Rita Weeks<br>Kilpatrick Townsend and Stockton LLP<br>1114 Avenue of the Americas 21st Floor New York, NY 10036<br>212-775-8700<br>Fax: 212-504-9566<br>Email: rweeks@kilpatricktownsend.com | Evan S Nadel<br>Kilpatrick Townsend Stockton, LLP<br>Two Embarcadero Center Suite 1900 San Francisco, CA 94111<br>415-576-0200<br>Fax: 415-576-0300<br>Email: enadel@kilpatricktownsend.com |
| Tom Ellis Trustee<br>7th Avenue 27th Floor New York 10019 | Dreamscape Entertainment dba Faze Holdings<br>Tammy Brandt Chief Executive Officer<br>720 N. Cahuenga Blvd Los Angeles, CA 90038 |
| Eric Binbuam Et Al RIO Casino Et AL<br>3700 West Flamingo Road Las Vegas NV 89103 | HULU<br>Attention Robert Siegel, Jenni Konner<br>12312 West Olympic Blvd Santa Monica California 90404 |
| Scott Whiteleather<br>The Walt Disney Company<br>2121 Avenue of the Stars, 5th Floor Los Angeles, California 90067 | CHIPPENDALES HOLDINGS, LLC 251 LITTLE FALLS DRIVE, WILMINGTON, New Castle, DE, 19808 |
| MARC LIBERSTEIN<br>Kilpatrick Townsend Stockton LLP<br>1114 Avenue of America's New York NY 10036 | |

☐ **[By E-Mail]** I caused said document to be sent by electronic transmission to the e-mail addresses indicated for the parties listed above.

☒ **[By First Class Mail]** I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the foregoing document at my place of business, by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, for collection and mailing with the United States Postal Service where they would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **[By Overnight Courier]** I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressees.

☐ **[By Hand]** I directed each envelope to the parties so designated on the service list to be delivered by courier this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 8, 2023.

Jesse Banerjee

-1-

CASE NO. CV23-3672PA
OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JESSE BANERJEE