Name: Jesse Banerjee
Address: 3573 3rd Street, Suite 206
City, State, Zip: Los angels, CA 90020
Phone: (310) 923-8788
Fax:
E-Mail: investigation@stevebanerjee.com

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

FILED
CLERK U.S. DISTRICT COURT
SEP 25 2023
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CHPENDALES LLC USA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV 23-3672 PA (PDx) |
| v. | |
| JESSE BANERJEE | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that __JESSE BANERJEE__ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

### Criminal Matter

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

### Civil Matter

☒ Order (specify): CHIPPENDALES USA LLC

☒ Judgment (specify): JESUS JESSE BANERJEE, Et Al

☐ Other (specify):

Imposed or Filed on __08/19/23__. Entered on the docket in this action on __08/19/23__.

A copy of said judgment or order is attached hereto.

9/19/23                          Jesse Banerjee
Date                             Signature
                                 ☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                      NOTICE OF APPEAL