FEE DUE         FILED

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CARLIFORNIA

2024 MAY 31 PM 1:56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: CV 23-3672 PA (PDx)

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: March 12, 2023

Date of judgment or order you are appealing: May 22, 2024

Docket entry number of judgment or order you are appealing: 55

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jesus Jesse Banerjee

Is this a cross-appeal? ○ Yes   ● No

If yes, what is the first appeal case number? 

Was there a previous appeal in this case? ● Yes   ○ No

If yes, what is the prior appeal case number? 23-55817

Your mailing address (if pro se):

1937 22nd Street #4

City: Santa Monica   State: CA   Zip Code: 90404

Prisoner Inmate or A Number (if applicable): 

Signature: [signature]   Date: 5-31-24

Complete and file with the attached representation statement in the U.S. District Court

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Jesus Jesse Banerjee

Name(s) of counsel (if any):

N/A

Address: 1937 22nd Street #4 , Santa Monica, CA 90404

Telephone number(s): 3109238788

Email(s): Email:investigation@stevebanerjee.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Chippendale USA LLC

Name(s) of counsel (if any):

Evan S. Nadel

Address: Two Embarcadero Center Suite 1900 San Francisco, CA 94111

Telephone number(s): 415-576-0200

Email(s): enadel@kilpatricktownsend.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

## Appellees

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*