**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS



2:23CV 3672
PA



FILED
CLERK, U.S. DISTRICT COURT
JUN 10 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 10 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



NIXIE          910   4E 1              7206/06
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 90012333299                 2347N158150-000



Case: 2:23cv3672   Doc: 68

Jesus Jesse Banerjee
1937 22nd Street
Santa Monica, CA 90404

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37977865@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-03672-PA-PD Chippendales USA LLC v. Jesus Jesse Banerjee et al Order on Motion for Reconsideration Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**

The following transaction was entered on 5/23/2024 at 9:36 AM PDT and filed on 5/22/2024

| | |
|---|---|
| **Case Name:** | Chippendales USA LLC v. Jesus Jesse Banerjee et al |
| **Case Number:** | 2:23-cv-03672-PA-PD |
| **Filer:** | |

**WARNING: CASE CLOSED on 08/19/2023**

**Document Number:** 68

**Docket Text:**
**MINUTES (IN CHAMBERS) COURT ORDER [64] by Judge Percy Anderson. For the foregoing reasons, and the reasons set forth in the Court's May 1, 2024 Order, the Court denies Defendant's Request for Reconsideration. The Court will not consider any further Motions, Applications, or other requests in this closed case. (SEE DOCUMENT FOR FURTHER DETAILS.) (rolm)**

**2:23-cv-03672-PA-PD Notice has been electronically mailed to:**
Kollin J. Zimmermann     dboss@kilpatricktownsend.com, kcook@kilpatricktownsend.com, kzimmermann@kilpatricktownsend.com, itully@ktslaw.com, kollin-zimmermann-2732@ecf.pacerpro.com, lcrumbley@kilpatricktownsend.com, amoreno@kilpatricktownsend.com
Evan S Nadel     dboss@kilpatricktownsend.com, kmadams@kilpatricktownsend.com, agarcia@kilpatricktownsend.com, mlieberstein@kilpatricktownsend.com, rweeks@kilpatricktownsend.com, skanhai@kilpatricktownsend.com, enadel@kilpatricktownsend.com, fflemming@kilpatricktownsend.com, aantonova@kilpatricktownsend.com
Marc A. Lieberstein     mlieberstein@kilpatricktownsend.com
Rita Weeks     rweeks@kilpatricktownsend.com
H. Forrest Flemming     fflemming@kilpatricktownsend.com
**2:23-cv-03672-PA-PD Notice has been delivered by First Class U. S. Mail or by other means BY**