


Case: 2:23cv3672  Doc: 72

Jesus Jesse Banerjee
1937 22nd Street
Santa Monica, CA 90404

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<38080441@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-03672-PA-PD Chippendales USA LLC v. Jesus Jesse Banerjee et al Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 6/10/2024 at 3:24 PM PDT and filed on 6/6/2024

**Case Name:** Chippendales USA LLC v. Jesus Jesse Banerjee et al

**Case Number:** 2:23-cv-03672-PA-PD

**Filer:**

**WARNING: CASE CLOSED on 08/19/2023**

**Document Number:** 72

**Docket Text:**
**ORDER by Judge Percy Anderson, Denied MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS [70]. (mat)**

**2:23-cv-03672-PA-PD Notice has been electronically mailed to:**
Kollin J. Zimmermann    dboss@kilpatricktownsend.com, kcook@kilpatricktownsend.com, kzimmermann@kilpatricktownsend.com, itully@ktslaw.com, kollin-zimmermann-2732@ecf.pacerpro.com, lcrumbley@kilpatricktownsend.com, amoreno@kilpatricktownsend.com
Evan S Nadel    dboss@kilpatricktownsend.com, kmadams@kilpatricktownsend.com, agarcia@kilpatricktownsend.com, mlieberstein@kilpatricktownsend.com, rweeks@kilpatricktownsend.com, skanhai@kilpatricktownsend.com, enadel@kilpatricktownsend.com, fflemming@kilpatricktownsend.com, aantonova@kilpatricktownsend.com
Marc A. Lieberstein    mlieberstein@kilpatricktownsend.com
Rita Weeks    rweeks@kilpatricktownsend.com
H. Forrest Flemming    fflemming@kilpatricktownsend.com
**2:23-cv-03672-PA-PD Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Jesus Jesse Banerjee
1937 22nd Street
Santa Monica CA 90404